William J. RITCHEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42891.

Missouri Court of Appeals,
Western District.

Oct. 30, 1990.

John A. Klosterman, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and CLARK and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from denial of a motion for post-conviction relief pursuant to former Rule 27.26.

Judgment affirmed.  Rule 84.16(b).